UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Case No.: 8:23-CR-297-WFJ-SPF

v.

DUGLAS HERNANDEZ VALLADARES,
    Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Justin B. Lighty, Attorney at Law, and Jason Mayberry, Attorney at Law, hereby stipulate and agree to the substitution of Jason Mayberry, as attorney for the Defendant, Duglas Herenandez Valladares, and as grounds therefore would show that the Defendant herein has retained Jason Mayberry as counsel.

_____
Jason Mayberry, Esquire
Fla Bar No. 36212
Mayberry Law Firm
(813)444-7435
402 E 7th Avenue
Tampa, FL 33602
jason@mayberryfirm.com

_____   9/21/23
Justin B. Lighty, Esquire
Fla. Bar No. 24005
Justin B. Lighty Attorney at Law
(813)440-9253
1002 W Ohio Ave
Tampa, FL 33603-5234
jlighty@tampabay.rr.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Elizabeth Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 26th day of September, 2023.

MAYBERRY LAW FIRM
Attorney for the Defendant
402 E 7th Ave
Tampa, FL 33602
Ph-813-444-7435
Jason@mayberryfirm.com

/ S / *Jason M. Mayberry*
Jason M. Mayberry
Florida Bar No. 36212