**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:23-cr-297-WFJ-SPF | **DATE:** October 19, 2023 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DUGLAS HERNANDEZ VALLADARES** | **GOVERNMENT COUNSEL:**<br>Christopher Murray, AUSA | |
| | **DEFENDANT COUNSEL:**<br>Jason Mayberry, CJA | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 11:18 AM - 11:20 AM **TOTAL:** 2 Minutes | **COURTROOM:** | **Telephonic** |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

Counsel for the Defense advised the Court that the Defendant may plea guilty.

Oral motion to continue by the Defense. No objections by the Government.

The Court **GRANTED** the motion to continue. Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.

Trial Term:   January 2024

Next Status Conference:   December 14, 2023 at 11:00 am.

Court adjourned.