**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:23-CR-297-WFJ-SPF | DATE:   December 14, 2023 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DUGLAS HERNANDEZ VALLADARES** | **GOVERNMENT COUNSEL:**<br>Jim Preston, AUSA |
| | **DEFENDANT COUNSEL:**<br>Jason Mayberry, Retained and Justin Lighty, CJA |
| **COURT REPORTER:**  Tracey Aurelio | **DEPUTY CLERK:**   Javaris Gooding-Butts |
| **TIME:**  11:20 AM - 11:23 AM **TOTAL:** 3 Minutes | **COURTROOM:**   Telephonic |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

Counsel for the defense was not present.

Oral motion to continue by the Government.

The Court GRANTED the motion to continue. Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, the reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.

Status Conference:  January 2024

Trial Term: March 2024

Court adjourned.