UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 8:223-cr-297-WFJ-SPF

DUGLAS HERNANDEZ VALLADARES

_____

**Consent to Institute a Presentence Investigation and Disclose the
Report Before Conviction or Plea of Guilty**

I hereby consent to a pre-sentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the Government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: January 25, 2024                *Duglas Valladares*
                                        Defendant

Dated: January 25, 2024                *[signature]*
                                        Counsel for Defendant